UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

MALIBU MEDIA, LLC,

                Plaintiff,          1:15 cv 07786 (JSR)

  -against-                 MOTION FOR ADMISSION
                                  PRO HAC VICE

BRUCE ERB,

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I James Alan Kilpatrick, Esquire, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Bruce Erb in the above-captioned action.

I am in good standing of the bar of the states of New York, New Jersey and Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court.

I will supplement the Motion with Certificates of Good Standing from New York, New Jersey and Pennsylvania immediately upon my receipt.

Dated: March 15, 2016                Respectfully Submitted,

                                                  _____
                                                  Applicant Signature

Applicant's Name: <u>James A. Kilpatrick, Esq.</u>

Firm Name: <u>Law Offices of James A. Kilpatrick</u>

Address: <u>1170 Route 315, Suite 1</u>

City / State / Zip: <u>Plains, PA   18702</u>

Telephone / Fax: <u>(570) 823-0101 / (570) 825-7799</u>

E-Mail: <u>jakkilpatrick@aol.com</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

                  Plaintiff,                  1:15 cv 07786 (JSR)

  -against-                             **ORDER FOR ADMISSION PRO HAC VICE**

BRUCE ERB,

                  Defendant.

The motion of James Alan Kilpatrick, Esquire, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of New York, New Jersey and Pennsylvania; and that his contact information is as follows:

    Applicant's Name: James A. Kilpatrick, Esq.

    Firm Name: Law Offices of James A. Kilpatrick

    Address: 1170 Route 315, Suite 1

    City / State / Zip: Plains, PA   18702

    Telephone / Fax: (570) 823-0101 / (570) 825-7799

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Bruce Erb in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated;_____                  _____

                                                                   United States District / Magistrate Judge